IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| American Distribution & Manufacturing Co., LLC, | Case No. 23-CV-3250 (SRN/DTS) |
| Plaintiff, | |
| v. | **ORDER FOR ENTRY OF JUDGMENT** |
| NP Acquisition, LLC d/b/a Natural Pawz, | |
| Defendant. | |

_____

Patrick C. Summers, DEWITT LLP, 901 Marquette Avenue, Suite 2100, Minneapolis, MN 55402, for Plaintiff.

Amanda M. Williams and Shashi K. Gowda, GUSTAFSON GLUEK PLLC, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55042, for Defendant.

_____

Pursuant to the Stipulation for Entry of Judgment filed by Plaintiff American Distribution & Manufacturing Co., LLC ("Plaintiff") and Defendant NP Acquisition, LLC d/b/a Natural Pawz ("Defendant") (Doc. No. 48), executed by and through their counsel of record, under and pursuant to which Defendant admitted that the Summons and Complaint have been properly served upon it, and that this Court has jurisdiction over Defendant in this case, and further that the parties stipulated to entry of a money judgment against it and in favor of Plaintiff,

**IT IS HEREBY ORDERED** that a money judgment shall be entered in favor of Plaintiff American Distribution & Manufacturing Co., LLC and against Defendant NP Acquisition, LLC d/b/a Natural Pawz in the amount of $1,478,865.17.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: Monday, August 5, 2024

BY THE COURT

*s/ Susan Richard Nelson*
Susan Richard Nelson
United States District Judge